UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATHANIEL ST. CLAIR III,

                Plaintiff,

  v.

RON MOON, et al.,

                Defendants.

Case No. C10-1091-RAJ

**ORDER OF DISMISSAL**

The court has reviewed plaintiff's complaint, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the remaining record. The court notes that no one filed objections to the Report and Recommendation. The court orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) This action is **DISMISSED** with prejudice for failure to state a claim on which relief can be granted under 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1);

(3) This dismissal constitutes a **STRIKE** for purposes of 28 U.S.C. § 1915(g);

(4) The Clerk shall enter judgment for Defendants; and

(5) The Clerk shall send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 6th day of May, 2011.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1